IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

20 JUL 17 AM 9: 13

CLERK
SO. DIST. OF GA.

TONY JEROME HAMM,            *
                            *
        Plaintiff,          *
                            *
    v.                      *        CV 120-044
                            *
C. R. BARD INCORPORATED and *
BARD PERIPHERAL VASCULAR    *
INCORPORATED,               *
                            *
        Defendant.          *

_____

O R D E R

_____

Before the Court is the Parties' Stipulation and Joint Motion
to Extend Deadlines via Stay.  (Joint Mot. to Stay, Doc. 34.)  The
present action arrived at the Court from multidistrict litigation
involving inferior vena cava filters.  (Id. at 2-3.)  According to
the Parties, Defendants and the various claimants are
cooperatively and diligently working towards a global settlement.
(Id. at 3.)  Additionally, due to the COVID-19 pandemic's
("Pandemic") impact on the country's health systems, the Parties
are experiencing difficulty obtaining medical records related to
the numerous cases.  (Id.)  For these reasons, the Parties request
that the Court stay the action through August 17, 2020, and extend
remaining deadlines by sixty days.  (Id.)  The Court finds the
Pandemic qualifies as good cause to provide the requested relief.

**IT IS THEREFORE ORDERED** that the Parties' Stipulation and Joint Motion to Extend Deadlines via Stay (Doc. 34) is **GRANTED**. This matter is **STAYED** until **August 17, 2020.** The Court imposes the following scheduling deadlines:

| | |
|---|---|
| DEADLINE FOR PLAINTIFF'S LIST OF MEDICAL PROVIDERS | September 15, 2020 |
| DEADLINE FOR INITIAL DISCLOSURES | September 15, 2020 |
| DEADLINE FOR PLAINTIFF'S FACT SHEET | September 29, 2020 |
| DEADLINE FOR DEFENDANTS' FACT SHEET | October 30, 2020 |
| FACT DISCOVERY DEADLINE | June 11, 2021 |
| CASE-SPECIFIC EXPERT REPORTS BY PLAINTIFF | July 2, 2021 |
| CASE-SPECIFIC EXPERT REPORTS BY DEFENDANTS | August 2, 2021 |
| CASE-SPECIFIC REBUTTAL EXPERT REPORTS BY PLAINTIFF | August 22, 2021 |
| PLAINTIFF'S CASE-SPECIFIC EXPERTS TO BE DEPOSED ON CASE-SPECIFIC REPORTS | September 20, 2021 |
| DEFENDANTS' CASE-SPECIFIC EXPERTS TO BE DEPOSED ON CASE-SPECIFIC REPORTS | October 22, 2021 |
| JOINT STATUS REPORT[1] | October 22, 2021 |
| LAST DAY FOR FILING CIVIL MOTIONS INCLUDING *DAUBERT* MOTIONS BUT EXCLUDING MOTIONS IN LIMINE | November 22, 2021 |

---

[1] On the date the discovery period expires, the Parties shall file a Joint Status Report, found on the Court's website under Forms, Civil Forms, Status Report Form — for use in Judge Hall / Judge Epps cases. Any extension of the discovery period automatically extends the Joint Status Report deadline.

All provisions set forth in the prior Scheduling Order (Doc. 33) not revised herein shall remain in full force and effect.

**ORDER ENTERED** at Augusta, Georgia, this __17th__ day of July, 2020.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA